**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) ) ) 1:04-cr-74-SEB-KPF-08 |
| DEWAYNE LUSTER, | ) ) |
| Defendant. | ) |

**E N T R Y**

Defendant Luster, having recently filed a motion for relief pursuant to 18 U.S.C. § 3582, now seeks the recusal and disqualification of the undersigned through his separate written motion filed on June 15, 2010.

Luster supports his motion with his view that in ruling on the § 3582 motion, the undersigned exhibited bias against him. This characterization is unfounded, and a reasonable person would not question the impartiality of the undersigned, but in any event the supporting allegations are insufficient:

> When a motion for recusal fails to set forth an extrajudicial source for the alleged bias and no such source is apparent, the motion should be denied.

*Sprinpangler v. Sears, Roebuck & Co.,* 759 F. Supp. 1327, 1329 (S.D. Ind. 1991) (citing *Jaffree v. Wallace,* 837 F.2d 1461, 1465 (11th Cir. 1988) ("It is simply not enough to voice disagreement with previous rulings by [the judge] . . . [n]or is it enough to complain that [the judge] did not expressly consider some of appellant's motions.")). A party's negative perception of the legal environment in which litigation occurs, citing judicial rulings in support of his views, is not an objectively reasonable basis on which to conclude that a judicial officer's impartiality might reasonably be questioned. Such rulings "are proper grounds for appeal, not for recusal." *Liteky v. United States,* 510 U.S. 540, 555, 114 S. Ct. 1147, 1157 (1994); *accord, e.g., In re Maurice,* 73 F.3d 124, 126 (7th Cir. 1995) (motion under 28 U.S.C. § 455 denied where it did not point to any extra-judicial source of prejudice or any reason to believe members of court did anything other than react to what they learned in preparing to decide case).

The defendant's motion for recusal and disqualification of the undersigned (dkt 14) is therefore **denied.**

**IT IS SO ORDERED.**

Date: 06/18/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Melanie C. Conour
United States Attorney's Office
melanie.conour@usdoj.gov

Dewayne Luster 07553-028
FCI McKean
Federal Correctional Institution
P. O. Box 8000
Bradford, PA 16701